IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| CHILDRESS, MICHAEL J | ) | CASE NO. 06-04567-PS |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

   At:   COURTROOM 642
   EVERETT MCKINLEY DIRKSEN UNITED STATES COURTHOUSE
   219 SOUTH DEARBORN STREET
   CHICAGO, IL 60604

   On: **June 10, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---|
   | Receipts | $50,537.31 |
   | Disbursements | $1,337.87 |
   | Net Cash Available for Distribution | $49,199.44 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Robert B. Katz<br>Trustee | $0.00 | $5,776.87 | $0.00 |

| | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| IRA P. GOLDBERG<br>Attorney for Trustee | $0.00 | $25,000.00 | $158.79 |
| ALAN D. LASKO & ASSOCIATES, P.C.<br>Accountant for Trustee | $0.00 | $5,856.50 | $28.20 |

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, secured claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed secured claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00% AddPrioInt

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

8.  Claims of general unsecured creditors totaling $30,356.12 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 40.78%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | CHASE BANK USA, N.A. | $7,975.85 | $3,252.51 |
| 000003 | AMERICAN EXPRESS BANK FSB | $6,371.01 | $2,598.07 |
| 000004 | CITIBANK/CHOICE | $16,009.26 | $6,528.50 |

9.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

10. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

11. Debtor has been discharged.

12. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | |

Dated: **May 2, 2008**            For the Court,

By:  **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

| | |
|---|---|
| Trustee: | Robert B. Katz |
| Address: | 223 West Jackson Boulevard |
| | Suite 1010 |
| | Chicago, IL  60606 |
| Phone No.: | (312) 705-1400 |

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

06-04567    Doc 62    Filed 05/02/08    Entered 05/04/08 23:45:42    Desc Imaged
                      Certificate of Service    Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1         User: amcc7              Page 1 of 1              Date Rcvd: May 02, 2008
Case: 06-04567               Form ID: pdf002          Total Served: 27


The following entities were served by first class mail on May 04, 2008.
db           +Michael J Childress,    638 Phlox Circle,    Matteson, IL 60443-1768
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,   Park Ridge, IL 60068-5706
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Robert B Katz, ESQ,    The Law Offices Of Robert B Katz,    223 West Jackson Blvd Ste 1010,
               Chicago, IL 60606-6916
10797464      American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,   Malvern PA 19355-0701
10705834      Amex,   PO Box 360002,    Fort Lauderdale, FL 33336-0002
10705833     +Amex,   Po Box 297871,    Fort Lauderdale, FL 33329-7871
10705836      Chase,   P.O Box 15153,    Wilmington, DE 19886-5153
10705835     +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
10793079     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
10705838     +Citibank,    Box 6000,   The Lakes, NV 89163-0001
10705837     +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10705839     +Citibank Mortgage,    PO Box 183040,    Columbus, OH 43218-3040
10885661      Citibank/CHOICE,    Exception Payment Processing,    P.O. Box 6305,   The Lakes, NV 88901-6305
10705840     +Citimortgage,    c/o McCalla Raymer LLC,   Bankruptcy Department,    1544 Old Alabama Road,
               Roswell, GA 30076-2102
10705841     +Credit Bureau Of Columbus Services,    236 East Towne St,   Columbus, OH 43215-4631
10705842     +Ed and Cartha McDowell,    3407 Seine Court,   Hazel Crest, IL 60429-2243
10705843     +Ethel and Arease Jackson,    %John Malevitis,   218 N. Jefferson, #400,    Chicago, IL 60661-1306
10705845      HSBC Mortgage,    Suite 0241,   Buffalo, NY 14270-0241
10705844     +Harris N.a.,    111 W Monroe Llw,   Chicago, IL 60603-4095
10705847      MBNA America,    P.O. Box 15289,    Wilmington, DE 19886-5289
10705848      MBNA America (Comerica),    P.O. Box 15286,    Wilmington, DE 19886-5289
10909646     +MBNA America Bank NA,    Mailstop DE5-014-02-03,   POB 15168,   Wilmington, DE 19850-5168
10705849      Mervin Myers,    5229 S. Claremont Ave,   Chicago, IL 60636
10705850     +Monogram Bank N America,    Po Box 17054,   Wilmington, DE 19884-0001
10705852     +Nikole M. Childress,    638 Phlox Circle,   Matteson, IL 60443-1768

The following entities were served by electronic transmission on May 03, 2008.
10705846     +Fax: 732-352-7538 May 03 2008 02:57:14     Hsbc Mortgage Corp Usa,    2929 Walden Ave,
               Depew, NY 14043-2690
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10705851*    +Monogram Bank N America,    Po Box 17054,   Wilmington, DE 19884-0001
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: May 04, 2008**                     **Signature:** _Joseph Speetjens_