IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| CHILDRESS, MICHAEL J | ) | CASE NO. 06-04567-PS |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE SUSAN PIERSON SONDERBY
      BANKRUPTCY JUDGE


Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks is attached as Group Exhibit "B" and the final bank statement is attached as Exhibit "C" reflecting a balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.


|  | Robert B. Katz |
|---|---|
| ___1/26/09___ | ___/s/___ |
| DATE | TRUSTEE |


Robert B. Katz
Law Offices of Robert B. Katz
223 West Jackson Boulevard
Suite 1010
Chicago, IL  60606
(312) 705-1400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DISTRICT

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| CHILDRESS, MICHAEL J | ) | CASE NO. 06-04567-PS |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES
## AND DIRECTING DISTRIBUTION OF ESTATE PROPERTY

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $5,776.87 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $5,776.87 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for Trustee | | |
| | a. | Compensation | $25,000.00 |
| | b. | Expenses | $158.79 |
| 2. | Accountant for Trustee | | |
| | a. | Compensation | $5,856.50 |
| | b. | Expenses | $28.20 |
| | | TOTAL | $31,043.49 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

FURTHER, IT IS HEREBY ORDERED that the Trustee is authorized to, and by the entry hereof does, abandon the following property:

DATED this _____ day of _____, 2008.

ENTERED:

**ENTERED**

JUN 1 0 2008

SUSAN PIERSON SONDERBY
BANKRUPTCY JUDGE

_____
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| CHILDRESS, MICHAEL J | ) | CASE NO. 06-04567-PS |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## DISTRIBUTION REPORT

I, Robert B. Katz, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I making the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims | $0.00 |
| Chapter 7 Administrative Expenses: | $36,820.36 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $12,379.08 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $49,199.44 |

**EXHIBIT D**

## DISTRIBUTION REPORT

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $0.00 | 0.00% |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $36,820.36 | 100.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Robert B. Katz Trustee Compensation | $5,776.87 | $5,776.87 |
| | Ira P. Goldberg Attorney for Trustee Fees | $25,000.00 | $25,000.00 |
| | Ira P. Goldberg Attorney for Trustee Expenses | $158.79 | $158.79 |
| | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $5,856.50 | $5,856.50 |
| | Alan D. Lasko & Associates. P.C. Accountant for Trustee Expenses | $28.20 | $28.20 |
| CLASS TOTALS | | $36,820.36 | $36,820.36 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $0.00 | 0.00% |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) - Domestic Support Obligations | $0.00 | 0.00% |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions, limited to $10,000.00 | $0.00 | 0.00% |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employment Funds. | $0.00 | 0.00% |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $0.00 | 0.00% |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits by consumers to the extent of $2,225 | $0.00 | 0.00% |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) - Tax Liens | $0.00 | 0.00% |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Tax Claims, excluding fines and penalties | $0.00 | 0.00% |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) - Death & Personal Injury Claims for DUI | $0.00 | 0.00% |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full | $30,356.12 | 40.78% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000003 | American Express Bank Fsb General Unsecured 726 | $6,371.01 | $2,598.07 |
| 000001 | Chase Bank Usa, N.A. General Unsecured 726 | $7,975.85 | $3,252.51 |
| 000004 | Citibank/Choice General Unsecured 726 | $16,009.26 | $6,528.50 |
| | CLASS TOTALS | $30,356.12 | $12,379.08 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Late unsecured claims | $18,256.70 | 0.00% |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000005 | Mbna America Bank Na Tardy General Unsecured 726 | $18,256.70 | $0.00 |
| | CLASS TOTALS | $18,256.70 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/ penalties | $0.00 | 0.00% |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $0.00 | 0.00% |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: ___4/18/08_____        _____/s/ Robert B. Katz_____

na

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Trustee Name: Robert B Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: Money Market Account/Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | Charles Schwab 101 Montgomery Street San Francisco CA 94104 | Collected on Investment Account | 1129-000 | 7,741.99 | | 7,741.99 |
| 09/29/06 | 10 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 4.23 | | 7,746.22 |
| 10/31/06 | 11 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 6.58 | | 7,752.80 |
| 11/15/06 | 13 | Edward McDowell 5407 Seine Ct. Hazel Crest, IL 60429 | | 1122-000 | 1,100.00 | | 8,852.80 |
| 11/30/06 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 6.82 | | 8,859.62 |
| 12/15/06 | 15 | Edward McDowell 5407 Seine Ct. Hazel Crest, IL 60429 | | 1122-000 | 1,100.00 | | 9,959.62 |
| 12/19/06 | 15 | Edward McDowell 5407 Seine Ct. Hazel Crest, IL 60429 | | 1122-000 | 665.47 | | 10,625.09 |
| 12/19/06 | 15 | Edward McDowell 5407 Seine Ct. Hazel Crest, IL 60429 | | 1122-000 | 1,100.00 | | 11,725.09 |
| 12/19/06 | 15 | Michael J Childress 638 Pillory Circle Matteson IL 60443 | | 1122-000 | 393.00 | | 12,116.09 |
| 12/29/06 | 3 | Citibank | PER COURT ORDER 13307 | 1149-000 | 7,500.00 | | 19,616.09 |
| 12/29/06 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 10.64 | | 19,626.73 |
| 01/03/07 | 2 | ABC DEMOLITION, INC. P.O. BOX 209167 CHICAGO, ILLINOIS 60620 | PER COURT ORDER | 1122-000 | 3,625.00 | | 23,251.73 |
| 01/08/07 | 001101 | Coldwell Banker Matthew Shrake 1959 N Halsted St. | PER COURT ORDER 13307 | 3520-000 | | 300.00 | 22,951.73 |

Page Subtotals: 26,251.73    300.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page

Case No.: 06-04567-JPS
Case Name: CHILDRESS, MICHAEL J.

Taxpayer ID No.: *******8439
Post Period Ending: 07/31/08

Trustee Name: Robert B. Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******3084 Money Market Account (Interest Barn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/30/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 32.87 | | 42,200.28 |
| 05/02/07 | 13 | Edward McDowell 3407 Seine Ct. Hazel Crest, IL 60429 | | 1122-000 | 1,100.00 | | 43,300.28 |
| 06/10/07 | 14 | EDWARD MCDOWELL 3407 SEINE CT HAZEL CREST, IL 60429 | ACCOUNTANT EXPENSES | 1122-000 | 1,100.00 | | 44,400.28 |
| 05/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.22 | | 44,437.50 |
| 06/11/07 | 13 | Ed and Cartha McDowell 3407 Seine Court Hazel Crest, IL 60429-224 | MONTHLY RENT PAYMENT | 1122-000 | 1,100.00 | | 45,537.50 |
| 06/29/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 37.03 | | 45,574.53 |
| 07/11/07 | 13 | Edward McDowell 3407 Seine Court Hazel Crest, Illinois 60429 | | 1122-000 | 1,100.00 | | 46,674.53 |
| 07/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 39.28 | | 46,713.81 |
| 08/08/07 | 13 | Edward McDowell Cartha McDowell 3407 Seine Court Hazel Crest, Illinois 60429 | Monthly Rent | 1122-000 | 1,100.00 | | 47,813.81 |
| 08/08/07 | 13 | Edward & Cartha McDowell 3407 Seine Ct Hazel Crest, IL 60429 | Rent Payment | 1122-000 | 1,100.00 | | 48,913.81 |
| 08/31/07 | 12 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 40.33 | | 48,954.14 |
| 09/28/07 | 12 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 31.09 | | 48,985.23 |
| 10/08/07 | 13 | Robert B. Katz 22 West Jackson Boulevard Suite 1010 Chicago, IL 60606 | Monthly Rent (from Edward McDowell) | 1122-000 | 1,100.00 | | 50,085.23 |
| | | | | Page Subtotals | 7,917.82 | 0.00 | |

Ver: 14.03a

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:   4

| Case No: | 06-04567 -JPS | | | | | Trustee Name: | Robert B. Kaiz | | |
| Case Name: | CHILDRESS, MICHAEL J | | | | | Bank Name: | BANK OF AMERICA | | |
| Taxpayer ID No: | **-*****8179 | | | | | Account Number / CD #: | *-*****7084 Money Market Account (Interest Earn | | |
| For Period Ending: | 07/31/08 | | | | | Blanket Bond (per case limit): | $ 5,000,000.00 | | |
| | | | | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | | | |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid to / Received from | Description of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/31/07 | 12 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 51.65 | | 50,116.88 |
| 11/30/07 | 12 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 26.77 | | 50,143.65 |
| 12/31/07 | 12 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 23.97 | | 50,167.62 |
| 01/31/08 | 12 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 19.88 | | 50,187.50 |
| 02/05/08 | 000103 | International Sureties, Ltd 701 Poydras St Suite 420 New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT | 2300-000 | | 50.52 | 50,136.98 |
| 02/12/08 | 000104 | US Treasury Internal Revenue Service Cincinnati, OH 45999-0001) | Bankruptcy Estate Tax Liability | 2810-000 | | 578.00 | 49,578.98 |
| 02/12/08 | 000105 | Illinois Department of Revenue P.O. Box 19009 Springfield, IL 62794-9009 | Bankruptcy Estate Tax Liability | 2820-000 | | 376.00 | 49,202.98 |
| 02/12/08 | 000106 | Illinois Department of Revenue P.O. Box 19009 Springfield, IL (2794-0009) | Bankruptcy Estate Tax Liability | 2820-000 | | 27.00 | 49,175.98 |
| 02/29/08 | 12 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 11.84 | | 49,187.82 |
| 03/31/08 | 12 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 11.62 | | 49,199.44 |
| 04/30/08 | 13 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 10.08 | | 49,209.52 |
| 05/30/08 | 12 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 6.25 | | 49,215.77 |
| 06/30/08 | 12 | BANK OF AMERICA | Interest Rate 0.130 | 1270-000 | 1.82 | | 49,217.59 |
| 06/30/08 | 12 | BANK OF AMERICA | INTEREST REC'D FROM BANK Transfer to Acct # ******7827 | 1270-000 9999-000 | | 49,217.59 | 0.00 |
| | | | Total Posting Transfer | | | | |
| | | | Page Subtotals | | 149.88 | 50,229.11 | |

LForm15

Page Subtotals                    149.88          50,229.11

Ver: 14.05.a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Case No.: 06-04567 -PS
Case Name: CHILDRESS, MICHAEL J

Taxpayer ID No.: *****8479
For Period Ending: 07/31/08

Trustee Name: Robert B Katz
Bank Name: BANK OF AMERICA
Account Number / CD #: *******084  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | | | | | 0.00 |
| | | COLUMN TOTALS | | | 50,555.46 | 50,555.46 | |
| | | Less: Bank Transfers/CDs | | | 0.00 | 49,217.59 | |
| | | Subtotal | | | 50,555.46 | 1,337.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | Net | | | 50,555.46 | 1,337.87 | |

Page Subtotals   0.00   0.00

Ver: 14.03a
FORM2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page   6

Case No:        06-04567 -PS
Case Name:      CHILDRESS, MICHAEL J

Taxpayer ID No:   **-*****8479
For Period Ending:   07/31/08

Trustee Name:        Robert B. Katz
Bank Name:           BANK OF AMERICA
Account Number / CD #:   *-*****1827  Checking Account (Non-Interest Earn

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | 5 Uniform Item Code | Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 06/10/08 | | Transfer from Acct #*-*****-084 | Transfer In From MMA Account | 9999-000 | 49,217.59 | | 49,217.59 |
| 06/11/08 | 000101 | ROBERT B. KATZ<br>222 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 5,776.82 | 43,440.77 |
| 06/11/08 | 000102 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | | 3210-000 | | 25,158.79 | 18,281.98 |
| 06/11/08 | 000103 | Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago IL 60603 | Fees<br>Expenses | 3250-000<br>3220-000 | | 25,000.00<br>158.79 | 18,281.98<br>18,281.98<br>18,281.98 |
| 06/11/08 | 000104 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2001 4th Avenue, Suite 900<br>Seattle WA 98121 | Claim 000001, Payment 40.83928%<br>Fees<br>Expenses | 7100-000<br>3410-000<br>3420-000 | | 3,257.28<br>5,856.20<br>28.29 | 12,497.29<br>12,497.29<br>9,179.95 |
| 06/11/08 | 000105 | American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000002, Payment 40.83936% | 7100-000 | | 2,601.88 | 6,578.07 |
| 06/11/08 | 000106 | Citibank/CHOICE<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes NV 88901-6305 | Claim 000003, Payment 40.83930% | 7100-000 | | 6,578.07 | 0.00 |
| | | | | | | | |
| | | Page Subtotals | | | 49,217.59 | 49,217.59 | |

LFORM2

Ver. 14.05a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

| Case No. | 06-04567 -US |
| Case Name | CHILDRESS, MICHAEL J |

| Trustee Name: | Robert B. Katz |
| Bank Name: | BANK OF AMERICA |
| Account Number / CD #: | *****1827 Checking Account (Non-Interest Ean) |

| Taxpayer ID No: | ******8479 |
| For Period Ending: | 07/31/08 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | | 0.00 |

COLUMN TOTALS 49,217.59 49,217.59
Less: Bank Transfers/CD's 49,217.59 0.00
Subtotal 0.00 49,217.59
Less: Payments to Debtors 0.00
Net 0.00 49,217.59

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ****** 2084 | 50,555.46 | 1,337.87 | 0.00 |
| Checking Account (Non-Interest Earn - *****-1827 | 0.00 | 49,217.59 | 0.00 |
| | 50,555.46 | 50,555.46 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 14.03a

FORM2